| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on March 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>John Vanderveer<br>Linda Vanderveer<br><br>                                   Debtors. | Chapter: 13<br><br>Case No.: 17-30127-MBK<br><br>Hearing Date: January 27, 2021<br><br>Judge Michael B. Kaplan |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 20, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: John Vanderveer and Linda Vanderveer
Case No.: 17-30127-MBK
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay ("Motion") filed by Toyota Motor Credit Corporation ("Creditor"), whereas the underlying loan is current as of March 11, 2021, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2015 Toyota 4Runner, VIN: JTEBU5JR8F5244655** ("Property") provided that the Debtor complies with the following:

    a. The Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the March 19, 2021 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Toyota Motor Credit Corporation P.O. Box 9490, Cedar Rapids, Iowa 52409-9490**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Tammy White* | */s/ Gavin N. Stewart* |
| Tammy White, Esq. | Gavin N. Stewart |
| 2340 Highway 34, Building B | Stewart Legal Group, P.L. |
| Suite22 | 401 East Jackson Street, Suite 2340 |
| Wall, NJ 08736 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |