| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | John Vanderveer<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4912<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Linda Vanderveer<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5708<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   17–30127–MBK | | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Vanderveer                    Linda Vanderveer

12/29/22                      **By the court:** <u>Michael B. Kaplan</u>
                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-30127-MBK |
| John Vanderveer | Chapter 13 |
| Linda Vanderveer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 29, 2022 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Vanderveer, Linda Vanderveer, 129 Forest Rd, Brick, NJ 08724-3639 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517249035 | + | Richard J Tracy III Esq., 30 Montgomery St. Suite 1205, Jersey City, NJ 07302-3835 |
| 517247611 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517103990 | | EDI: BANKAMER.COM | Dec 30 2022 01:34:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517264549 | + | EDI: BANKAMER2.COM | Dec 30 2022 01:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517103991 | | EDI: TSYS2 | Dec 30 2022 01:34:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517103995 | | EDI: CITICORP.COM | Dec 30 2022 01:34:00 | Citi Bank, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 517103996 | | EDI: WFNNB.COM | Dec 30 2022 01:34:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517103999 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2022 20:37:40 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517104001 | + | EDI: DISCOVER.COM | Dec 30 2022 01:34:00 | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517121278 | | EDI: DISCOVER.COM | Dec 30 2022 01:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517104003 | + | EDI: CITICORP.COM | Dec 30 2022 01:34:00 | Exxon Mobil, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 517128930 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 29 2022 20:39:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 517104004 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 29 2022 20:39:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 517104005 | + | EDI: AMINFOFP.COM | Dec 30 2022 01:34:00 | First Premier Bank, PO Box 5514, Sioux Falls, SD |

Case 17-30127-MBK    Doc 53    Filed 12/31/22    Entered 01/01/23 00:10:20    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2022 | Form ID: 3180W | Total Noticed: 30 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | 57117-5514 |
| 517104008 | + | EDI: CITICORP.COM | Dec 30 2022 01:34:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517103993 | | EDI: JPMORGANCHASE | Dec 30 2022 01:34:00 | Chase, PO Box 15153, Wilmington, DE 19886 |
| 517286572 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2022 20:37:35 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517286552 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2022 20:37:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517104009 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2022 20:37:38 | Merrick, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517279267 | | EDI: PRA.COM | Dec 30 2022 01:34:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517187824 | + | EDI: JEFFERSONCAP.COM | Dec 30 2022 01:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517290520 | | EDI: Q3G.COM | Dec 30 2022 01:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517104011 | | EDI: RMSC.COM | Dec 30 2022 01:34:00 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517106734 | + | EDI: RMSC.COM | Dec 30 2022 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517104022 | | EDI: TDBANKNORTH.COM | Dec 30 2022 01:34:00 | TD Bank, PO box 84037, Columbus, GA 31908-4037 |
| 517155934 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 29 2022 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517103992 | * | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517103997 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517103998 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517104000 | *+ | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517104002 | *+ | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517104006 | *+ | First Premier Bank, PO Box 5514, Sioux Falls, SD 57117-5514 |
| 517104007 | *+ | First Premier Bank, PO Box 5514, Sioux Falls, SD 57117-5514 |
| 517103994 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15153, Wilmington, DE 19886 |
| 517104010 | *+ | Merrick, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517104012 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517104013 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517104014 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517104015 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517104016 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517104017 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517104018 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517104019 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517104020 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517104021 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2022 | Form ID: 3180W | Total Noticed: 30 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| James J. Cerbone | on behalf of Debtor John Vanderveer cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Linda Vanderveer cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6